IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VICTORIA YVONNE BENAVIDEZ,

        Plaintiff,

vs.                                                       CIV NO. 09-0621 CG

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,

        Defendant.

## FINAL ORDER

      Pursuant to the *Memorandum Opinion and Order* (Doc. 22) entered concurrently herewith, the Court enters this *Final Order* pursuant to FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Reverse and Remand for a Rehearing with Supporting Memorandum* (Doc. 16) and **REMANDING** this case to the Commissioner of Social Security for further proceedings consistent with the *Memorandum Opinion and Order* (Doc. 22).

      **IT IS SO ORDERED.**

                                          _____
                                          **THE HONORABLE CARMEN E. GARZA**
                                          **UNITED STATES MAGISTRATE JUDGE**
                                          **Presiding by Consent**