IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VICTORIA YVONNE BENAVIDEZ,

        Plaintiff,

vs.                                                                                                  CIV NO. 09-0621 CG

MICHAEL J. ASTRUE,
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER GRANTING EAJA FEES

**THIS MATTER** is before the Court on Plaintiff's *Motion for Attorney Fees Under Equal Access to Justice Act with Memorandum in Support Thereof* ("*Motion*") (Doc. 24) and its accompanying *Affidavit*s of attorney and legal assistant time (Docs. 24-1, 24-2, 24-3), which were filed on August 11, 2010. Defendant filed his response on August 26, 2010, and he does not oppose the *Motion*. *Defendant's Response to Plaintiff's Motion for Attorney Fees Pursuant to EAJA* (Doc. 27).

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion* (Doc. 24) is **GRANTED**, and Plaintiff Victoria Yvonne Benavidez[1] is authorized to receive **$3,989.70** in fees for payment to her attorneys for services before this Court.[2]

**IT IS SO ORDERED.**

                                          _____
                                          **THE HONORABLE CARMEN E. GARZA**
                                          **UNITED STATES MAGISTRATE JUDGE**

---

[1] *See Manning v. Astrue*, 510 F.3d 1246, 1251 (10th Cir. 2007) (requiring EAJA fees to be paid to the claimant).

[2] In the future, if Ms. Benavidez' counsel is also awarded attorney fees pursuant to 42 U.S.C. § 406(b), they shall refund the smaller award to Ms. Benavidez pursuant to *Gisbrecht v. Barnhart.* 535 U.S. 789, 796 (2002) ("Fee awards may be made under both [EAJA and § 406(b)], but the claimant's attorney must refund to the claimant the amount of the smaller fee." (internal quotation marks and alteration omitted)).